

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00257-CR
### NO. 02-15-00258-CR
### NO. 02-15-00259-CR

JONATHAN DAVID
GONZALEZORTEGA

APPELLANT

V.

THE STATE OF TEXAS

STATE

----------

FROM THE 297TH DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NOS. 1318574D, 1319077D, 1319080D

----------

## MEMORANDUM OPINION[1]

----------

Appellant Jonathan David Gonzalezortega pleaded guilty to one case of aggravated sexual assault of a child under fourteen years of age and two cases of indecency with a child by contact in exchange for concurrent sentences of twenty years' confinement. When he attempted to appeal from these

---

[1]*See* Tex. R. App. P. 47.4.

convictions, we informed him that the trial court's certifications of his right to appeal in each case stated that each case is a plea bargained case and that he had no right of appeal. We informed appellant that unless he or any party desiring to continue the appeals filed with the court a response showing grounds for continuing the appeals, the appeals would be dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d), 44.3. Appellant filed a response, but it does not show grounds for continuing the appeals. Therefore, we dismiss the appeals. *See* Tex. R. App. P. 25.2(d), 43.2(f).

/s/ Bonnie Sudderth
BONNIE SUDDERTH
JUSTICE

PANEL: LIVINGSTON, C.J.; DAUPHINOT and SUDDERTH, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: October 29, 2015